# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2025 KW 1251

VERSUS

DUANE JOSEPH BISSELL                                        **APRIL 8, 2026**

---

In Re:     Duane Joseph Bissell, applying for supervisory writs,
           21st Judicial District Court, Parish of Livingston, No.
           18-FELN-037824.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT DENIED AS MOOT.** The records of the Livingston Parish
Clerk of Court's Office reflect the district court denied relator's
motion to vacate and set aside the guilty plea on November 5, 2025.
In the event relator elects to file a new application with this
court seeking review of the ruling on the motion, he may do so
without the necessity of obtaining a return date and the
application shall be filed on or before June 8, 2026. Any future
filing should include a copy of this ruling and any pertinent
documents from the district court record that may support the
allegations raised in the motion to set aside the guilty plea.

                          **MRT**
                          **KEB**
                          **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.